JUAN E. CAPÓ CRUZ, demandante, apelante y recurrente, *v.* DEPARTAMENTO DE LA VIVIENDA, demandado, apelado y recurrido.

*Número:* CE-95-161          *Resuelto:* 3 de noviembre de 1995

*Juan E. Capó Cruz* y *Rafael Rivera Rosa,* abogados de la parte recurrente; *Guillermo Garau Díaz,* abogado de la parte recurrida.

---

## RESOLUCIÓN

A la moción de reconsideración presentada en este caso, *no ha lugar*.

La nueva Ley de la Judicatura de Puerto Rico de 1994, Ley Núm. 1 de 28 de julio de 1994 (4 L.P.R.A. sec. 22 *et seq.*) creó el Tribunal de Circuito de Apelaciones y consolidó en un solo Tribunal de Instancia las secciones del Superior y Tribunal de Distrito.

Este ordenamiento exige mayor rigurosidad en la práctica apelativa ante este Tribunal en lo referente a la doctrina vigente sobre frivolidad y temeridad, y la consabida imposición de sanciones u honorarios de abogados.

Apercibimos a los abogados que en el futuro, recursos frívolos estarán expuestos a tales sanciones.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

<div align="right">

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario General*